KIM PEDERSON (SBN 234785)
*kimp@lawfoundation.org*
WHITNEY HUSTON (SBN 234863)
*whitneyh@lawfoundation.org*
FAIR HOUSING LAW PROJECT
111 West St. John Street, Suite 315
San Jose, CA 95113
Telephone: (408) 280-2467
Facsimile: (408) 293-0106

DARRYL RAINS (SBN 104802)
*drains@mofo.com*
STEPHANIE ZELLER (SBN 223693)
*szeller@mofo.com*
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Plaintiffs

IT IS SO ORDERED
Judge James Ware
5/1/2007

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SUSANA EULLOQUI, RICARDO EULLOQUI, GABRIELA EULLOQUI, KAREN EULLOQUI; CARLOS PLASCENCIA, MARIA PLASCENCIA, ALEXIS PLASCENCIA, ALONDRA PLASCENCIA; JUAN CARLOS JAIME, EPIFANIA ZARCO, JONATHAN JAIME; and PROJECT SENTINEL, INC., <br><br> Plaintiffs. <br><br> v. <br><br> SEVEN TREES VILLAGE HOMEOWNERS' ASSOCIATION; DORENE TOMLINSON; HECTOR RUELAS; and JACKIE JONES, <br><br> Defendants. | Case No C07-00877 JW <br><br> **JOINT STIPULATION TO AMEND TIME TO RESPOND TO COMPLAINT ON BEHALF OF DEFENDANTS SEVEN TREES VILLAGE HOMEOWNERS' ASSOCIATION, DORENE TOMLINSON, HECTOR RUELAS, AND JACKIE JONES** |

1 | Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between plaintiffs SUSANA
2 | EULLOQUI, RICARDO EULLOQUI, GABRIELA EULLOQUI, KAREN EULLOQUI;
3 | CARLOS PLASCENCIA, MARIA PLASCENCIA, ALEXIS PLASCENCIA, ALONDRA
4 | PLASCENCIA; JUAN CARLOS JAIME, EPIFANIA ZARCO, JONATHAN JAIME; and
5 | PROJECT SENTINEL, INC. and defendants SEVEN TREES VILLAGE HOMEOWNERS'
6 | ASSOCIATION; DORENE TOMLINSON; HECTOR RUELAS; and JACKIE JONES, through
7 | their respective attorneys, that the time by which defendants may plead or otherwise respond to
8 | the complaint shall be to and including May 4, 2007.  There have been no previous modifications
9 | of any deadlines in this case, and the stipulated extension does not affect the Initial Case
10 | Management Conference scheduled for June 4, 2007.

11 | Dated:  April 30, 2007.            DARRYL P. RAINS
                                        STEPHANIE L. ZELLER
12 |                                    MORRISON & FOERSTER LLP
13 |
14 |                                    By: s/ Stephanie L. Zeller_____
                                            Stephanie L. Zeller
15 |                                        Attorneys for Plaintiffs
16 |
17 | DATED: April 30, 2007.             FAIR HOUSING LAW PROJECT
18 |
                                        By: s/ Kim Pederson_____
19 |                                        Kim Pederson
                                            Whitney Huston
20 |
                                            Attorneys for Plaintiffs
21 |
22 | DATED: April 30, 2007.             BERGER & HOPKINS
23 |
                                        By: s/ A. Alan Berger_____
24 |                                        A. Alan Berger
25 |
                                            Attorneys for Defendants
26 |                                        SEVEN TREES VILLAGE
                                            HOMEOWNERS' ASSOCIATION,
27 |                                        DORENE TOMLINSON, HECTOR
                                            RUELAS, and JACKIE JONES
28 |

1     I, Stephanie L. Zeller, am the ECF user whose ID and password are being used to file this Joint Stipulation to Amend Time To Respond To Complaint. I hereby attest that The Fair Housing Law Project and A. Alan Berger, on Behalf of Defendants Seven Trees Village Homeowners' Association, Dorene Tomlinson, Hector Ruelas, and Jackie Jones have concurred in this filing.

Dated: April 30, 2007    MORRISON & FOERSTER LLP

By: s/ Stephanie L. Zeller
    Stephanie L. Zeller

Attorneys for Plaintiffs
SUSANA EULLOQUI, RICARDO EULLOQUI, GABRIELA EULLOQUI, KAREN EULLOQUI; CARLOS PLASCENCIA, MARIA PLASCENCIA, ALEXIS PLASCENCIA, ALONDRA PLASCENCIA; JUAN CARLOS JAIME, EPIFANIA ZARCO, JONATHAN JAIME; and PROJECT SENTINEL, INC