| | |
|---|---|
| 1 | Nicholas Pastore - SB #104776 |
| | Kelly M. Laughrin - SB#204246 |
| 2 | **CAMPBELL, WARBURTON, FITZSIMMONS,** |
| | **SMITH, MENDELL & PASTORE** |
| 3 | 64 West Santa Clara Street |
| | San Jose, California 95113-1806 |
| 4 | Telephone: 408-295-7701 |
| | Facsimile: 408-295-1423 |
| 5 | npastore@campbellwarburton.com |
| | klaughrin@campbellwarburton.com |
| 6 | |
| | Attorneys for Defendants |
| 7 | SEVEN TREES VILLAGE HOMEOWNERS |
| | ASSOCIATION, DORENE TOMLINSON, HECTOR |
| 8 | RUELAS, and JACKIE JONES |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SUSANA EULLOQUI; et al. | Case No. C07-00877 JW |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEYS** |
| | **FOR DEFENDANTS AND [PROPOSED]** |
| vs. | **ORDER THEREON** |
| SEVEN TREES VILLAGE | |
| HOMEOWNERS ASSOCIATION, et al., | |
| Defendants. | |

THE COURT AND ALL PARTIES:

NOTICE IS HEREBY GIVEN that A. Alan Berger, SB #47459, LAW OFFICES OF A. ALAN BERGER, 95 S. Market Street, Suite 300, San Jose, CA 95113, Telephone:408-536-0500, Facsimile: 408-536-0504,E-mail: aabtwo@aol.com, currently Counsel for Defendants, SEVEN TREES VILLAGE HOMEOWNERS ASSOCIATION, DORENE TOMLINSON, HECTOR RUELAS and JACKIE JONES, is substituting out of the above-referenced case and said Defendants shall be represented by new Counsel, Nicholas Pastore/Kelly M. Laughrin,

SUBSTITUTION OF ATTORNEYS

| | |
|---|---|
| 1 | CAMPBELL, WARBURTON, FITZSIMMONS, SMITH, MENDELL & PASTORE, 64 W. Santa |
| 2 | Clara Street, San Jose, CA 95113,   Telephone:408-295-7701, Facsimile:408-295-1423, E-mail: |
| 3 | npastore@ campbellwarburton.com, E-mail:klaughrin@campbellwarburton.com . |

I consent to this substitution of counsel.

Dated: _____, 2007      /s/ _____
                                  DORENE TOMLINSON, Defendant

Dated: November 29, 2007          /s/ _____
                                  HECTOR RUELAS, Defendant

Dated: _____, 2007       /s/ _____
                                  JACKIE JONES, Defendant

                                  SEVEN TREES VILLAGE HOMEOWNERS ASSOCIATION

Dated: _____, 2007       /s/ _____
                                  by: Jackie Jones

Dated: December 4, 2007           /s/ _____
                                  by: Julio C. Briseno

I consent to this substitution of counsel.

Dated: November 29, 2007          LAW OFFICES OF A. ALAN BERGER

                                  By:_____/s/_____
                                         A. ALAN BERGER

I accept this substitution of counsel.

Dated: December 13, 2007          CAMPBELL, WARBURTON, FITZSIMMONS,
                                     SMITH, MENDELL & PASTORE

                                  By:_____/s/_____
                                         NICHOLAS PASTORE
                                         KELLY M. LAUGHRIN

SUBSTITUTION OF ATTORNEYS                - 2 -

[PROPOSED] ORDER

Good cause appearing therefor:

IT IS HEREBY ORDERED that the said Defendants be allowed to file their Substitution of Attorneys the following court day after the Order is filed.

Dated: December 21, 2007     By: _____
                                  THE HONORABLE JAMES WARE,
                                  UNITED STATES DISTRICT COURT

PURSUANT TO GENERAL ORDER 45

I, Kelly M. Laughrin, the ECF User transmitting and filing this Substitution of Attorneys for Defendants and [Proposed] Order thereon, attest that I have obtained the concurrence of A. Alan Berger and Defendants, SEVEN TREES VILLAGE HOMEOWNERS ASSOCIATION, DORENE TOMLINSON, HECTOR RUELAS and JACKIE JONES on this filing. I declare under penalty of perjury.

Dated: December 13, 2007     CAMPBELL, WARBURTON, FITZSIMMONS,
                                  SMITH, MENDELL & PASTORE

                             By: ____/s/_____
                                  Nicholas Pastore
                                  Kelly M. Laughrin,
                                  Attorneys for Defendants, SEVEN TREES VILLAGE HOMEOWNERS ASSOCIATION, DORENE TOMLINSON, HECTOR RUELAS and JACKIE JONES