Nicholas Pastore – SB #104776
Kelly M. Laughrin - SB# 204246
**Campbell, Warburton, Fitzsimmons, Smith, Mendell & Pastore**
64 W. Santa Clara Street
San Jose, California 95113
Tel: (408) 295-7701
Fax: (408) 295-1423
npastore@campbellwarburton.com
klaughrin@campbellwarburton.com

Attorneys for Defendants
SEVEN TREES VILLAGE HOMEOWNERS ASSOCIATION, DORENE TOMLINSON, HECTOR RUELAS, and JACKIE JONES

IT IS SO ORDERED AS MODIFIED
Judge James Ware
1/14/20008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SUSANA EULLOQUI, et al., | ) | Case No. C07-00877 JW |
| | ) | |
| Plaintiffs, | ) | **STIPULATION TO AMEND** |
| vs. | ) | **SCHEDULING ORDER AND [PROPOSED]** |
| | ) | **ORDER THEREON** |
| SEVEN TREES VILLAGE | ) | |
| HOMEOWNERS ASSOCIATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiffs, SUSANA EULLOQUI, RICARDO EULLOQUI, GABRIELA EULLOQUI, KAREN EULLOGUI, CARLOS PLASCENCIA, MARIA PLASCENCIA, ALEXIS PLASCENCIA, ALONDRA PLASCENCIA, JUAN CARLOS JAIME, EPIFANIA ZARCO, JONATHAN JAIME and PROJECT SENTINEL, INC., and Defendants, SEVEN TREES VILLAGE HOMEOWNERS ASSOCIATION, DORENE TOMLINSON, HECTOR RUELAS and JACKIE JONES, by and through their respective attorneys of record, hereby stipulate and agree with reference to the following facts:

A preliminary Pretrial Conference has been scheduled for June 30, 2008 with a corresponding

deadline for close of discovery on February 25, 2008.

New counsel for Defendants has just recently substituted in.

In addition, there are state court actions involving the exact same parties with similar causes of action that have been filed respectively on September 27, 2007, case no. 1-07-CV-095288 and November 6, 2007, case no. 1-07-CV-098284. As such, a potential motion for consolidation may be filed.

Since issues have arise with respect to the state court actions that also must be addressed, and given the recent events,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the court, that the discovery dates as outlined in the court's Scheduling Order filed May 29, 2007 be amended as follows:

| Expert Witness Disclosure | March 31, 2008 |
| Close of All Discovery | May 19, 2008 |
| Last Date for Hearing Dispositive Motions | July 17, 2008 |
| Preliminary Pretrial Conference at 11:00 a.m. | September 15, 2008 |
| Preliminary Pretrial Conference Statements | September 5, 2008 |

Dated: January 11, 2008          CAMPBELL, WARBURTON, FITZSIMMONS
                                                SMITH, MENDELL & PASTORE


                                         By: _____/s/_____
                                                NICHOLAS PASTORE
                                                KELLY M. LAUGHRIN


Dated:  January 11, 2008          FAIR HOUSING LAW PROJECT


                                         By: _____/s/_____
                                                KIM PEDERSON


Dated: January ___, 2008          MORRISON & FOERSTER LLP


                                         By: _____/s/_____
                                                STEPHANIE ZELLER

---

2

**Stipulation to Amend Scheduling Order**

## [PROPOSED] ORDER

Good cause appearing therefor:

IT IS HEREBY ORDERED that the discovery dates as outlined in the court's Scheduling Order filed May 29, 2007, be amended as follows:

| | |
|---|---|
| Expert Witness Disclosure | March 31, 2008 |
| Close of All Discovery | May 19, 2008 |
| Last Date for Hearing Dispositive Motions | July 21, 2008 |
| Preliminary Pretrial Conference at 11:00 a.m. | April 21, 2008 at 11:00 AM |
| Preliminary Pretrial Conference Statements | April 11, 2008 |

Dated: January 14, 2008      By: _____James Ware_____
                                               THE HONORABLE JAMES WARE,
                                               UNITED STATES DISTRICT COURT

PURSUANT TO GENERAL ORDER 45

I, Kelly M. Laughrin, the ECF User transmitting and filing this Stipulation to Amend Scheduling Order and [Proposed] Order thereon, attest that I have obtained the concurrence of Kim Pederson and Stephanie Zeller on this filing. I declare under penalty of perjury.

Dated: January 11, 2008         CAMPBELL, WARBURTON, FITZSIMMONS
                                                SMITH, MENDELL & PASTORE

                                By: _____/s/_____
                                     NICHOLAS PASTORE
                                     KELLY M. LAUGHRIN
                                     Attorneys for Defendants, SEVEN TREES VILLAGE
                                     HOMEOWNERS ASSOCIATION, DORENE
                                     TOMLINSON, HECTOR RUELAS, and JACKIE
                                     JONES

3

**Stipulation to Amend Scheduling Order**