1  Nicholas Pastore – SB #104776
   Kelly M. Laughrin - SB# 204246
2  **Campbell, Warburton, Fitzsimmons, Smith,**
   **Mendell & Pastore**
3  64 W. Santa Clara Street
   San Jose, California 95113
4  Tel: (408) 295-7701
   Fax: (408) 295-1423
5  npastore@campbellwarburton.com
   klaughrin@campbellwarburton.com
6
   Attorneys for Defendants
7  SEVEN TREES VILLAGE HOMEOWNERS
   ASSOCIATION, DORENE TOMLINSON, HECTOR
8  RUELAS, and JACKIE JONES

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13  SUSANA EULLOQUI, et al.,          )   Case No. C07-00877 JW
                                      )
14            Plaintiffs,             )   **STIPULATION TO FURTHER AMEND**
    vs.                               )   **SCHEDULING ORDER AND [PROPOSED]**
15                                    )   **ORDER THEREON**
    SEVEN TREES VILLAGE              )
16  HOMEOWNERS ASSOCIATION, et al.,   )
                                      )
17            Defendants.             )

18  _____

19       Plaintiffs, SUSANA EULLOQUI, RICARDO EULLOQUI, GABRIELA EULLOQUI, KAREN

20  EULLOQUI, CARLOS PLASCENCIA, MARIA PLASCENCIA, ALEXIS PLASCENCIA,

    ALONDRA PLASCENCIA, JUAN CARLOS JAIME, EPIFANIA ZARCO, JONATHAN JAIME and
21
    PROJECT SENTINEL, INC., and Defendants, SEVEN TREES VILLAGE HOMEOWNERS
22
    ASSOCIATION, DORENE TOMLINSON, HECTOR RUELAS and JACKIE JONES, by and through
23
    their respective attorneys of record, hereby stipulate and agree with reference to the following facts:
24
         A preliminary Pretrial Conference has been scheduled for April 21, 2008 with a corresponding
25

                                            1
    **Stipulation to Further Amend Scheduling Order**

1    deadline for close of discovery on May 19, 2008.

2         New counsel for Defendants has just recently associated in for DORENE TOMLINSON,

3    HECTOR RUELAS and JACKIE JONES, and will be substituting in as counsel for DORENE

4    TOMLINSON, HECTOR RUELAS and JACKIE JONES, upon receipt of the appropriate signatures.

5         Further, mediation is scheduled to go forward on May 6, 2008 with Judge Gene McDonald of

6    JAMS.

7         In addition, there are state court actions involving the exact same parties with similar causes of

8    action that have been filed respectively on September 27, 2007, case no. 1-07-CV-095288 and

9    November 6, 2007, case no. 1-07-CV-098284.  As such, defendants may potentially file a motion for

10   consolidation may be filed if mediation on May 6, 2008 is unsuccessful.

11        Given the recent events,

12        IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the

13   discovery dates as outlined in the Court's Amended Scheduling Order filed January 14, 2008 be further

14   amended as follows:

| | |
|---|---|
| Case Management Conference | June 9, 2008 at 11:00 a.m. |
| Expert Witness Disclosure | June 2, 2008 |
| Close of All Discovery | July 21, 2008 |
| Last Date for Hearing Dispositive Motions | September 22, 2008 |
| Preliminary Pretrial Conference | November 24, 2008 at 11:00 a.m. |
| Preliminary Pretrial Conference Statements | November 14, 2008 |

Dated: April 11, 2008                    CAMPBELL, WARBURTON, FITZSIMMONS
                                                        SMITH, MENDELL & PASTORE


                                          By: _____/s/_____
                                                   NICHOLAS PASTORE
                                                   KELLY M. LAUGHRIN

**Stipulation to Further Amend Scheduling Order**

1    Dated:  April 11, 2008                              FAIR HOUSING LAW PROJECT

2

3                                          By: _____/s/_____
                                                  KIM PEDERSON
4                                                 JESSICA FRY

5    Dated: April 11, 2008                              MORRISON & FOERSTER LLP

6

7                                          By: _____/s/_____
                                                  STEPHANIE ZELLER
8

9    Dated:  April 11, 2008                            CLAPP MORONEY BELLAGAMBA & VUCINICH

10                                         By: _____/s/_____
                                                  TERILYNN PEREZ
11

12

13                                         [PROPOSED] ORDER

14          Good cause appearing therefor:

15          IT IS HEREBY ORDERED that the discovery dates as outlined in the Court's Amended

16   Scheduling Order filed January 14, 2008, be further amended as follows:

17

| Expert Witness Disclosure | June 2, 2008 |
| Close of All Discovery | July 21, 2008 |
| Last Date for Hearing Dispositive Motions | September 22, 2008 |
| **Preliminary Pretrial Conference** | **June 9, 2008 at 11 a.m.** |
| Preliminary Pretrial Conference Statements | **May 30, 2008** |

20          **This is the parties' final continuances.**

21   Dated:    April 16, 2008                 By: _____
                                                  THE HONORABLE JAMES WARE,
22                                                UNITED STATES DISTRICT COURT

23

24

25
                                                   3
     **Stipulation to Further Amend Scheduling Order**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PURSUANT TO GENERAL ORDER 45

I, Nicholas Pastore, the ECF User transmitting and filing this Stipulation to Further Amend Scheduling Order and [Proposed] Order thereon, attest that Kelly M Laughrin has obtained the concurrence of Jessica Fry, Stephanie Zeller and Terilynn Perez on this filing.  I declare under penalty of perjury.

Dated:  April 11, 2008                        CAMPBELL, WARBURTON, FITZSIMMONS
                                                              SMITH, MENDELL & PASTORE


By: _____/s/_____
                NICHOLAS PASTORE
                KELLY M. LAUGHRIN
                Attorneys for Defendants, SEVEN TREES VILLAGE
                HOMEOWNERS ASSOCIATION, DORENE
                TOMLINSON, HECTOR RUELAS, and JACKIE
                JONES

**Stipulation to Further Amend Scheduling Order**