1  Nicholas Pastore - SB #104776
   Kelly M. Laughrin - SB#204246
2  **CAMPBELL, WARBURTON, FITZSIMMONS,**
       **SMITH, MENDELL & PASTORE**
3  64 West Santa Clara Street
   San Jose, California 95113-1806
4  Telephone:     408-295-7701
   Facsimile:     408-295-1423
5  npastore@campbellwarburton.com
   klaughrin@campbellwarburton.com
6
   Attorneys for Defendants
7  SEVEN TREES VILLAGE HOMEOWNERS
   ASSOCIATION,
8

9

10

11

12                    **UNITED STATES DISTRICT COURT**

13                   **NORTHERN DISTRICT OF CALIFORNIA**

14                        **SAN JOSE DIVISION**

15

16  SUSANA EULLOQUI; et al.              )   Case No.   C07-00877 JW
                                         )
17                     Plaintiffs,       )   **SUBSTITUTION OF ATTORNEYS**
                                         )   **FOR DEFENDANTS AND [PROPOSED]**
18  vs.                                  )   **ORDER THEREON**
                                         )
19  SEVEN TREES VILLAGE                  )
    HOMEOWNERS ASSOCIATION, et al.,      )
20                                       )
                       Defendants.       )
21  _____     )

22  THE COURT AND ALL PARTIES:

23       NOTICE IS HEREBY GIVEN Nicholas Pastore/Kelly M. Laughrin, CAMPBELL,

24  WARBURTON, FITZSIMMONS, SMITH, MENDELL & PASTORE, 64 W. Santa Clara Street,

25  San Jose, CA 95113,  Telephone:408-295-7701, Facsimile:408-295-1423, E-mail:  npastore@

26  campbellwarburton.com, E-mail: klaughrin@campbellwarburton.com,, currently Counsel for

27  Defendants, SEVEN TREES VILLAGE HOMEOWNERS ASSOCIATION, DORENE

28  TOMLINSON, HECTOR RUELAS and JACKIE JONES,  is substituting out of the above-

SUBSTITUTION OF ATTORNEYS

referenced case as to DORENE TOMLINSON, HECTOR RUELAS and JACKIE JONES only and

said Defendants shall be represented by new Counsel, Terrilynn Perez/Grant Baker, CLAPP,

MORONEY, BELLAGAMBA & VUCINICH, 25 Metro Drive, Suite 600, San Jose, CA 95110,

Telephone: 408- 292-2378, Facsimile: 408-292-8063, E-mail perez@clappmoroney.com., E-mail:

gbaker@clappmoroney.com.

I consent to this substitution of counsel.

Dated: February ___, 2008          _____
                                    DORENE TOMLINSON, Defendant

Dated: February 30, 2008           _____
                                    HECTOR RUELAS, Defendant

Dated: February 24, 2008           _____
                                    JACKIE JONES, Defendant

I consent to this substitution of counsel.

Dated: February 30, 2008           CAMPBELL, WARBURTON, FITZSIMMONS,
                                    SMITH, MENDELL & PASTORE

                                    By: _____
                                        NICHOLAS PASTORE
                                        KELLY M. LAUGHRIN

I accept this substitution of counsel.

Dated: April 24, 2008              CLAPP, MORONEY, BELLAGAMBA &
                                    VUCINICH

                                    By: _____
                                        TERRILYNN PEREZ

[PROPOSED] ORDER

        Good cause appearing therefor:

        IT IS HEREBY ORDERED that the said Defendants be allowed to file their Substitution

of Attorneys the following court day after the Order is filed. Nicholas Pastore and Kelly M. Laughrin

remain counsel of record for Seven Trees Village Homeowners Association.

Dated:    May 2, 2008              By: _____
                                       THE HONORABLE JAMES WARE,
                                       UNITED STATES DISTRICT COURT

SUBSTITUTION OF ATTORNEYS                        - 2 -

1

PURSUANT TO GENERAL ORDER 45

2

   I, Terilynn Perez, the ECF User transmitting and filing
this Substitution of Attorneys for Defendants and [Proposed]

3

Order thereon, attest that I have obtained the concurrence
of Kelly M. Laughrin and Defendants, SEVEN TREES VILLAGE

4

HOMEOWNERS ASSOCIATION on this filing.  I declare under the
penalty of perjury.

5

6

DATED: _____, 2008

7

CLAPP, MORONEY, BELLAGAMBA
      and VUCINICH

8

9

By

10

TERILYNN PEREZ, ESQ.
Attys for Defendants

11

DORENE TOMLINSON, HECTOR
RUELAS and JACKIE JONES

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS                    -3-