KIM PEDERSON (SBN 234785)
*kimp@lawfoundation.org*
FAIR HOUSING LAW PROJECT
111 West St. John Street, Suite 315
San Jose, CA 95113
Telephone: (408) 280-2467
Facsimile: (408) 293-0106

DARRYL RAINS (SBN 104802)
*drains@mofo.com*
STEPHANIE ZELLER (SBN 223693)
*szeller@mofo.com*
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Plaintiffs

IT IS SO ORDERED AS MODIFIED

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SUSANA EULLOQUI, et al.

Plaintiffs.

v.

SEVEN TREES VILLAGE HOMEOWNERS' ASSOCIATION, et al.,

Defendants.

Case No.  C07-00877 JW (HRL)

**STIPULATION TO VACATE DEADLINES SET FORTH IN FURTHER AMENDED SCHEDULING ORDER PURSUANT TO SETTLEMENT; [PROPOSED] ORDER**

Plaintiffs, SUSANA EULLOQUI, RICARDO EULLOQUI, GABRIELA EULLOQUI, KAREN EULLOQUI, CARLOS PLASCENCIA, MARIA PLASCENCIA, ALEXIS PLASCENCIA, ALONDRA PLASCENCIA, JUAN CARLOS JAIME, EPIFANIA ZARCO, JONATHAN JAIME and PROJECT SENTINEL, INC., and Defendants, SEVEN TREES VILLAGE HOMEOWNERS ASSOCIATION, DORENE TOMLINSON, HECTOR RUELAS and JACKIE JONES, by and through

---

1

1   their respective attorneys of record, hereby stipulate and agree with reference to the following facts:

2   1.  On April 16, 2008, this Court issued a Further Amended Scheduling Order (docket number 51)

3       setting forth the following deadlines:

4       • May 30, 2008:  Preliminary Pretrial Conference Statement Due

5       • June 2, 2008:  Expert Witness Disclosure

6       • June 9, 2008:  Preliminary Pretrial Conference

7       • July 21, 2008: Close of All Discovery

8       • September 21, 2008: Last Date to Hear Dispositive Motions

9   2.  On May 6, 2008, the Parties attended a mediation at JAMS and reached an agreement to resolve this

10      lawsuit.  Plaintiffs filed a Notice of Settlement with the Court (docket number 54).

11  3.  Pursuant to the terms of the settlement agreement and as stated in the Notice of Settlement, a

12      Stipulation for Dismissal will be filed on or before July 15, 2008.

13  4.  In light of the settlement of this matter, the parties stipulate to vacate all deadlines set forth by the

14      Court's April 16, 2008 Further Amended Scheduling Order.

15          SO STIPULATED.

16  Dated: May 20, 2008                FAIR HOUSING LAW PROJECT

17

18                                     _____/s/_____
                                       Kim Pederson
19                                     Attorneys for Plaintiffs

20  Dated: May 20, 2008                CAMPBELL, WARBURTON, FITZSIMMONS, SMITH
                                       & PASTORE
21

22                                     _____/s/_____
                                       Kelly Laughrin
23                                     Attorneys for Defendant Seven Trees Village
                                       Homeowners' Association
24

                                                    2
25  **Eulloqui et al. v. Seven Trees Village Homeowners' Associatione et al.; C07-00877 JW (HRL)**
    **STIPULATION TO VACATE DEADLINES SET FORTH IN FURTHER AMENDED SCHEDULING ORDER**
    **PURSUANT TO SETTLEMENT; [PROPOSED] ORDER**

Dated: May 20, 2008                    CLAPP, MORONEY, BELLAGAMBA & VUCINICH


                                       _____/s/_____
                                       Terilynn Perez
                                       Attorneys for Defendants Tomlinson, Ruelas and Jones


     I, Kim Pederson, am the ECF user whose ID and password are being used to file this Stipulation to Vacate Deadlines Set Forth in Further Amended Scheduling Order. I hereby attest that Kelly Laughrin and Terilynn Perez have concurred in this filing.


Dated:  May 20, 2008                   FAIR HOUSING LAW PROJECT


                                       _____/s/_____
                                       Kim Pederson
                                       Attorneys for Plaintiffs

---

Eulloqui et al. v. Seven Trees Village Homeowners' Associatione et al.; C07-00877 JW (HRL)
STIPULATION TO VACATE DEADLINES SET FORTH IN FURTHER AMENDED SCHEDULING ORDER
PURSUANT TO SETTLEMENT; [PROPOSED] ORDER

**[PROPOSED] ORDER**

On May 8, 2008, the parties informed the Court that the above-entitled matter has reached a settlement.  (See Docket Item No. 54.)  In light of the settlement, the Court vacates all trial and pretrial dates.  On or before **August 18, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, **September 8, 2008 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).  On or before **August 18, 2008**, the parties shall file a joint statement in response to the Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  June 2, 2008                    _____
                                         JAMES WARE
                                         United States District Judge

---

Eulloqui et al. v. Seven Trees Village Homeowners' Associatione et al.; C07-00877 JW (HRL)
STIPULATION TO VACATE DEADLINES SET FORTH IN FURTHER AMENDED SCHEDULING ORDER
PURSUANT TO SETTLEMENT; [PROPOSED] ORDER