*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

KIM PEDERSON (SBN 234785), *kimp@lawfoundation.org*
FAIR HOUSING LAW PROJECT
111 West St. John Street, Suite 315
San Jose, CA 95113
Telephone: (408) 280-2467
Facsimile: (408) 293-0106

DARRYL RAINS (SBN 104802), *drains@mofo.com*
STEPHANIE ZELLER (SBN 223693), *szeller@mofo.com*
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SUSANA EULLOQUI et al.,<br><br>    Plaintiffs.<br><br>v.<br><br>SEVEN TREES VILLAGE HOMEOWNERS' ASSOCIATION et al.,<br><br>    Defendants. | Case No. C07-00877 JW (HRL)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

   All parties to this action, by and through their attorneys, stipulate that this matter shall be dismissed WITH PREJUDICE.

   SO STIPULATED.

Dated: August 25, 2008                FAIR HOUSING LAW PROJECT

                                      _____/s/_____
                                      Kim Pederson
                                      Attorney for Plaintiffs

1

Stipulation for Dismissal – Case No. C07-00877 JW (HRL)

| | |
|---|---|
| Dated: August 25, 2008 | CAMPBELL, WARBURTON, FITZSIMMONS, SMITH AND PASTORE |
| | /s/ |
| | Kelly Laughrin |
| | Attorney for Defendant Seven Trees Village Homeowners' Association |
| Dated: August 25, 2008 | CLAPP, MORONEY, BELLAGAMBA AND VUCINICH |
| | /s/ |
| | Terilynn Perez |
| | Attorney for Defendants Tomlinson, Ruelas and Jones |

**[~~PROPOSED~~] ORDER**

Upon review of the Stipulation submitted by the parties, and good cause appearing, this case is hereby dismissed, WITH PREJUDICE.

IT IS SO ORDERED

The Clerk shall close this file.

Dated: August 28, 2008

_____/s/ James Ware_____
Hon. James Ware
United States District Court

2

Stipulation for Dismissal – Case No. C07-00877 JW (HRL)